**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL A. PAREDES,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　　Respondent. | Case No. CV 18-6324 MWF (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

1 | **IT IS ORDERED** that the stay entered on January 7, 2019 pursuant to Rhines v. Weber, 544 U.S. 269 (2005), is LIFTED. The Petition is DENIED and Judgment shall be entered DISMISSING this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 19, 2019

————————————————————
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE