JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. PAREDES,<br><br>          Petitioner,<br><br>  v.<br><br>SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES, et al.,<br><br>          Respondent. | Case No. CV 18-6324 MWF (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 19, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE